### BEACHWOOD (village) v OHIO CASUALTY INSURANCE CO

Ohio Appeals, 8th Dist, Cuyahoga Co

No 13401. Decided March 12, 1934

Locher, Green & Woods, Cleveland, for plaintiff in error.

Howell, Roberts & Duncan, Cleveland, for defendant in error.

For full opinion see 40 OLR 65; 191 NE 797; 47 Oh Ap 212.